STATE OF NEW JERSEY v. ANTHONY MONTALBANO.

November 27, 1974. Petition for certification denied.

GENEVIEVE FULLERTON NIEDER v.
HELEN M. FULLERTON.

November 27, 1974. Petition for certification denied.

HELEN M. FULLERTON v.
GENEVIEVE FULLERTON NIEDER.

November 27, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK SMITH.

November 27, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. EARL J. CARMICHAEL.

November 27, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. FRED L. KELLY.

November 27, 1974. Petition for certification denied.